IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENISHA BRADLEY, et al.,

       Plaintiffs,                      CIV-S-08-0961 JAM GGH PS

       vs.

COUNTY OF SACRAMENTO, et al.,

       Defendants.                   ORDER

_____/

       On December 11, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

       Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

       The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

\\\\\

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed December 11, 2008, are ADOPTED; and

2. Plaintiff "doe child" is dismissed from this action without prejudice.

DATED: 2/13/2009

                                                /s/ John A. Mendez
                                                UNITED STATES DISTRICT JUDGE