IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENISHA BRADLEY,

    Plaintiff,                             No. CIV S-08-0961 JAM GGH PS

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.                           ORDER

_____/

        Defendants' motion to quash subpoenas presently is calendared for hearing on April 16, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of and in opposition to the pending motion. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. The April 16, 2009 hearing on the motion to quash subpoenas, filed March 12, 2009, is vacated; and

        2. The motion is submitted on the record.

DATED: April 8, 2009

                                                    /s/ Gregory G. Hollows

                                                    GREGORY G. HOLLOWS
                                                    U. S. MAGISTRATE JUDGE

GGH:076:Bradley0961.vac.wpd